IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 14 C 7842 |
| ROUTE 66 CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) ) | MAGISTRATE JUDGE MARY M. ROWLAND |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ROUTE 66 CONSTRUCTION COMPANY, an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On November 14, 2014, the Summons and Complaint was served on the Illinois Secretary of State Department of Business Services because the corporation's registered agent could not, with reasonable diligence, be found at the registered office of record in Illinois. Therefore, Defendant's answer was due on December 5, 2014.

2. On January 7, 2015, the law firm of Allocco, Miller & Cahill, P.C. filed appearances as counsel for Defendant. On January 12, 2015, Defendant's answer to Plaintiffs' complaint was filed with this Court (Docket No. 16).

3. On January 13, 2016, this Court scheduled a settlement conference for April 21, 2016. However, On April 20, 2016, on the Court's own motion, the settlement conference was stricken.

4. Thereafter, on May 4, 2016, the motion of Allocco, Miller & Cahill, P.C. to withdraw as counsel for Defendant was granted. Nicola Bright, the President of Defendant corporation, was ordered to appear before this Court on June 8, 2016 at 9:00 a.m. for a scheduled status hearing.

5. On June 8, 2016, Plaintiffs' counsel appeared before this court for the scheduled status hearing. After the case was called, Robert Bright, the spouse of President Nicola Bright, appeared before the Court. Accordingly, the status hearing was stricken and reset to July 27, 2016. The Court ordered Robert and Nicola Bright to appear for a status hearing on July 27, 2016 if the Defendant corporation did not yet retain counsel by that date.

6. On July 27, 2016, neither Robert or Nicola Bright, nor counsel for the Defendant corporation, appeared for the status hearing. Plaintiffs' counsel informed this Court that it would file a motion for entry of default and judgment and schedule the hearing on the motion during the week of August 15, 2016.

7. As Defendant has failed to retain new counsel and cannot proceed pro se, Plaintiffs respectfully request entry of default judgment pursuant to F.R.Civ.P. Rule 55. Also, see, United States v. Hagerman, 549 F3d. 536, 538 (7th Cir. 2008) ("The usual course when a litigant not entitled to litigate pro se loses its lawyer in the midst of the case is to give it a reasonable opportunity to find a new one or enter a default judgment") (citations omitted).

8. On July 18, 2014, Plaintiffs' auditors completed an audit of the payroll books and records of Defendant. The audit was conducted for the period December 1, 2012 through June 30, 2014. The audit findings show that the Defendant is delinquent in contributions to the Plaintiff Funds in the amount of $101,836.66. (See Affidavit of David Dorfman).

9. Defendant has been given a credit of $1,603.78 toward the audit amount due for hours picked up in the audit on behalf of employee Steve Whitecotton.

10. Additionally, the amount of $15,275.50 is due for liquidated damages. (Dorfman Aff. Par. 4).

11. Plaintiffs have expended the sum of $1,405.00 for the purpose of making the audit of the payroll books and records of the Defendant.

12. In addition, Plaintiffs' firm has expended $560.00 in courts and the amount of $9,760.25 in attorneys' fees, for a total of $10,230.25, in this matter. (See Affidavit of Catherine M. Chapman).

13. Based upon the documents attached hereto, Plaintiffs request entry of default and judgment in the total amount of $127,143.63.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment by default against the Defendant in the amount of $127,143.63.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Route 66\motion-default judgment.cms.df.wpd

## CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 18th day of August 2016:

        Mr. Robert Bright
        Ms. Nicola A. Bright
        10973 Crimmins Road
        Newark, IL  60541

        Mr. Robert Bright
        Ms. Nicola A. Bright
        Route 66 Construction Company
        2000 W. 135th Street
        Bolingbrook, IL  60490

        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Route 66\motion-default judgment.cms.df.wpd